IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARLON LEE TUCKER**
ADC #179831
                                                                                                                    **PLAINTIFF**

v.                              No. 2:23-cv-4-DPM

**DOES**                                                                                                     **DEFENDANTS**

### ORDER

1. The Court withdraws the reference.

2. Tucker hasn't paid the $402 filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. *Doc.* 2. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 February 2023