IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARLON LEE TUCKER**                                                              **PLAINTIFF**
**ADC #179831**

v.                                    No. 2:23-cv-4-DPM

**DOES**                                                                          **DEFENDANTS**

## JUDGMENT

Tucker's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 February 2023